UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THERESA BRELAND and STEVEN L. BRELAND, <br><br>    Plaintiffs, <br><br> v. <br><br> McDONALD'S CORPORATION, <br><br>    Defendant. <br><br> McDONALD'S CORPORATION and McDONALD'S USA, LLC, <br><br>    Counter-Plaintiffs, <br><br> v. <br><br> THERESA BRELAND and STEVEN L. BRELAND, <br><br>    Counter-Defendants. | CIVIL ACTION FILE <br><br> NO. 1:09-CV-0523-BBM |

O R D E R

This matter is before the court on its Order granting the second motion to withdraw by counsel for plaintiffs/counter-defendants Theresa Breland and Steven L. Breland ("the Brelands") [Doc. No. 29] . The Brelands are hereby ORDERED pursuant to Local Rule 83.1E(4) to notify this court in writing within twenty (20) days of the date of the docketing of this Order of their new counsel or of their intention to proceed *pro se*. The Brelands must also provide the court with the current telephone number and address of new counsel or of their current telephone

numbers and addresses if they are proceeding *pro se*. Local Rule 83.1E(4) provides that failure to comply with this Rule shall constitute a default by the party.

The Clerk is hereby DIRECTED to send a copy of this Order to the Brelands at the following address: 425 Bordeaux Court, Atlanta, Georgia 33031.

IT IS SO ORDERED, this 5th day of August, 2009.

s/Beverly B. Martin
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE